**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL THAI, | ) | CASE NO.  1:18-CV-00888 |
| | ) | |
| *Plaintiff,* | ) | JUDGE DAN A. POLSTER |
| | ) | |
| *v.* | ) | **STIPULATED ORDER** |
| | ) | |
| WALKWAY RESTORATION, INC., et al., | ) | |
| | ) | |
| *Defendants.* | ) | |

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement ("Joint Motion") pursuant to §16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b).  The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement reached by the Parties and memorialized in the Settlement Agreement and General Release ("Agreement") and provided to the Court separately.

Having reviewed the Joint Motion, the Agreement, and the pleadings and papers on file in this Action, and for good cause established therein, the Court enters this Stipulated Order approving the Settlement, and the Release as follows:

1. The captioned Lawsuit asserts wage-and-hour claims under the FLSA, 29 U.S.C. § 201 *et seq.*, on behalf of Plaintiff Michael Thai.

2. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b).

3. The Court approves the Agreement, and orders that the Settlement be implemented according to the terms and conditions of the Agreement and as directed herein.

EXHIBIT 2

4.     The Court shall retain jurisdiction to effectuate the terms of the Settlement.

**IT IS SO ORDERED:**

Date: _____          _____

DAN A. POLSTER
United States District Judge

**SO STIPULATED:**

*/s/ David W. Neel*_____
David W. Neel, Esq. (#0033611)
David W. Neel, LLC
16781 Chagrin Blvd.
Shaker Heights, Ohio 44120
Telephone: (216) 522-0011
Facsimile: (844) 548-3570
Email: dwneel@neellaw.com

*Attorney for Plaintiffs*
*Robert Cardwell*

*/s/ Brian J. Kelly*_____
*Brian J. Kelly (0063679)*
*bkelly@frantzward.com*
**Frantz Ward LLP**
*200 Public Square, Suite 3000*
*Cleveland, OH  44114*
*216-515-1660*
*216-515-1650 (fax)*

*Attorney for Defendants*
*Walkway Restoration, Inc. and Michael Zatelli*